UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY SERVICES, INC., et al.,

    Plaintiffs/Counter-Defendants,         Case No. 14-cv-11249
                                                       Hon. Matthew F. Leitman

v.

CREATIVE HARBOR, LLC,

    Defendant/Counter-Plaintiff,
_____/

## ORDER DENYING MOTION TO STRIKE REPLY BRIEF (ECF #59)

Plaintiffs have filed a motion to strike (ECF #59) a reply brief (ECF #58) filed by Defendants in further support of their motion for summary judgment. Plaintiffs argue that the Court should strike the reply brief because it was filed four days late. The motion is **DENIED**. The hearing on the motion is not until August 11, 2015. The Court and Plaintiffs have sufficient time to review the reply brief and to prepare for argument. There is no prejudice from the late filing.

IT IS SO ORDERED.

                                                  /s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: July 29, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 29, 2015, by electronic means and/or ordinary mail.

                                           s/Holly A. Monda
                                           Case Manager
                                           (313) 234-5113